**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 26-53869-bem** |
| **ROY LOXLEY BRODERICK, JR,** | **CHAPTER 7** |
| **Debtor.** | |

**FOURTH MOTION FOR EXTENSION OF TIME FOR FILING**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Roy Loxley Broderick, Jr (the "**Debtor**") files this Fourth Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") and in support thereof, respectfully represents:

1.      Debtor filed his petition for relief under Chapter 7, Title 11, of the United States Code on March 23, 2026 (the "**Petition Date**").

2.      The time for the Debtor to file his Schedules and Statement of Financial Affairs currently expires on April 27, 2026.

3.      The Debtor requests an extension of 2 days within which to file his Schedules and Statement of Financial Affairs to ensure all information is complete.

4.      This is the Debtor's fourth request for an extension, and the Debtor believes that additional extensions will not be required. The § 341 Meeting of Creditors has been scheduled for April 30, 2026.

WHEREFORE, the Debtor respectfully requests this Court:

(a) enter an order, substantially in the form attached hereto as **Exhibit A**;

(b) grant the requested extension through and including April 29, 2026; and

(c) grant such other and further relief as the Court deems just and reasonable.

Respectfully submitted this 29th day of April 2026.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ William A. Rountree*
William A. Rountree, Ga. Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
*Attorney for the Debtor*

**Exhibit "A"**

[PROPOSED ORDER]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 26-53869-bem** |
| **ROY LOXLEY BRODERICK, JR,** | **CHAPTER 7** |
| **Debtor.** | |

**ORDER GRANTING DEBTOR'S FOURTH MOTION FOR EXTENSION**
**OF TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtor's Fourth Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Docket No. _] filed on April 29, 2026. It appears to the Court that a Chapter 7 case was commenced by the filing of a voluntary petition on March 23, 2026, constituting an Order for Relief; that the deadline for the Debtor to file his Schedules and Statement of Financial Affairs expires on April 27, 2026; that Debtor seeks

an extension of time in which to file his Schedules and Statement of Financial Affairs; that the

Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1.      The Motion is **GRANTED**; and

2.      The time period within which the Debtor must file his Schedules and

Statement of Financial Affairs is hereby extended through and including April 29, 2026.

[END OF DOCUMENT]

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ William A. Rountree*
William A. Rountree, Ga. Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
*Attorney for the Debtor*

DISTRIBUTION LIST

William A. Rountree
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd.,
Suite 350
Atlanta, GA 30329

S. Gregory Hays
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30326-1085

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day caused to be served copy of the foregoing **Third Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs** via by filing same with the court using the CM/ECF system, which will send an electronic mail notification to the parties as indicated below:

**S. Gregory Hays**   ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com

**Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov

Respectfully submitted this 29th day of April 2026.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ William A. Rountree*
William A. Rountree, Ga. Bar No. 616503